IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SPANLEY EUGENE EDRIC HARRIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 17-00533-JB-B |
| | ) |
| CYNTHIA STEWART, | ) |
| | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Harris' petition be **DISMISSED with prejudice**. The Court further finds that Harris is not entitled to a certificate of appealability and, consequently, is not entitled to appeal *in forma pauperis*.

**DONE and ORDERED** this 7th day of November, 2019.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE